IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | |
| WILLIAM J. PHINIZY | : | |
| | : | VIOLATIONS: |
| Defendant. | : | |
| | : | |
| | : | 18 U.S.C. § 1361 |
| | : | (Injuring Property or Committing Any |
| | : | Depredation Against Property of the |
| | : | United States) |
| | : | |
| | : | 18 U.S.C. § 1752(a)(4) & (b)(1)(A) |
| | : | (Engaging in Physical Violence Against |
| | : | Property in Restricted Buildings Grounds |
| | : | While Using a Deadly and Dangerous |
| | : | Weapon) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 22, 2018, within the District of Columbia, the defendant, **WILLIAM PHINIZY**, did willfully injure and commit any depredation against property of the United States, that is, a security barrier located in the White House complex, with the damage to such property exceeding the sum of $1,000.

**(Injuring Property or Committing Any Depredation Against Property of the United States**, in violation of Title 18, United States Code, Section 1361)

## COUNT TWO

On or about October 22, 2018, within the District of Columbia, the defendant, **WILLIAM PHINIZY**, did knowingly engage in any act of physical violence against any person and property in any restricted building and grounds, namely, the White House complex, and, during and in relation to the offense, did use and carry a deadly and dangerous weapon, that is, an automobile.

**(Engaging in Physical Violence Against Property in Restricted Buildings and Grounds**, in violation of Title 18, United States Code, Section 1752(a)(4) and (b)(1)(A))

A TRUE BILL

FOREPERSON

*Jessie K. Liu /SM/*
Attorney of the United States in
and for the District of Columbia