# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM J. PHINIZY,<br><br>Defendant. | Criminal No. 18-323<br>ABJ/DAR |

**FILED**
OCT 3 1 2018
Clerk, U.S. District and
Bankruptcy Courts

## ORDER

On October 31, 2018, Defendant appeared before the undersigned for an arraignment and detention hearing following the forensic screening ordered by the undersigned during Defendant's initial appearance on October 25, 2018. *See* Order (ECF No. 3). The District of Columbia Department of Behavioral Health completed the examination and furnished a competency screening examination report on October 30, 2018.

Upon consideration of the oral motion made by the United States and the forensic evaluation report conducted by the Department of Behavioral Health on October 30, 2018, it is, this 31st day of October, 2018,

**ORDERED**, in accordance with the provisions of 18 U.S.C. §§ 4241, 4247(b), and Local Criminal Rule 57.17(a)(14), that Defendant is committed to the custody of the Attorney General of the United States for placement in a suitable facility for a period not to exceed thirty days for a determination of whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him; and it is

**FURTHER ORDERED** that the warden of the facility shall file a report of said examination pursuant to the provisions of 18 U.S.C. § 4247(c); and it is

**FURTHER ORDERED** that a status hearing is scheduled for 1:30 p.m. on Thursday, January 3, 2019.

                                                       DEBORAH A. ROBINSON
                                                       United States Magistrate Judge