UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.     :     18-cr-323 (ABJ)

WILLIAM J. PHINIZY     :

**DEFENDANT'S EMERGENCY MOTION
FOR AN IMMEDIATE DETENTION HEARING**

Mr. Phinizy is a 49 year old decorated Army veteran charged with crimes against property who has no prior record. He has been held without bond since his arrest on October 22, 2018, A detention hearing was scheduled for October 26, 2018, but not held because the government requested a forensic screening. On January 21, 2019, the defense moved to dismiss the case for a violation of the Speedy Trial Act. That motion remains pending.

On February 22, 2019, Magistrate Judge Harvey began the detention hearing. The defense requested release to HISP and the custody of Mr. Phinizy's parents who live in North Carolina. Counsel represented that Mr. Phinizy's parents could pick him up from the BOP facility in Butner, North Carolina. After passing the case, the parties learned that Mr. Phinizy had been moved from Butner, N.C., and the parties were unclear as to his location. For that reason, Judge Harvey continued the hearing to February 25, 2019, at 3p.m. Mr. Phinizy is now held at Piedmont Regional Jail and can be brought to court. His parent traveled from North Carolina to the District of Columbia for the detention hearing that was scheduled to occur this afternoon. Counsel has learned that this afternoon's detention hearing was removed from the Court's calendar because at the same time Magistrate Judge Harvey was holding the detention hearing on February 22, Magistrate Judge Robinson who was considering the Motion to Dismiss

issued a minute order staying the detention hearing pending the resolution of the defendant's motion to dismiss on speedy trial grounds, without further explanation.  There is no reason to delay the detention hearing while considering the motion to dismiss.  Because Mr. Phinizy is being unlawfully held without a detention hearing, he requests an immediate hearing.  Undersigned counsel is in trial before Judge Cooper today but can appear at 4:15 p.m.

                                      Respectfully submitted,

                                      A. J. KRAMER  
                                      FEDERAL PUBLIC DEFENDER

                                      /s/  
                                    _____  
                                    MARY MANNING PETRAS  
                                    Assistant Federal Public Defender  
                                    625 Indiana Avenue, N.W., Suite 550  
                                    Washington, D.C.  20004  
                                    (202) 208-7500